UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

 Amanda Lynn Windish

Case No.: _____26-18078_____

Chapter: _____13_____

Judge: _____JNP_____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The relief set forth on the following page is hereby **ORDERED**.

DATE: ____7/21/2026_____    /s/Jerrold N. Poslusny Jr._____
                                                       U. S. Bankruptcy Judge

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

❑  The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☒  The debtor(s) must pay the filing fee according to the following terms:

You must pay …..                 On or before this date …..

$ 78.00                          * Due Immediately       month/day/year     *previously paid $13.00
                                                                            still owes $65.00
$ 78.00                          8/15/2026               month/day/year

$ 78.00                          9/15/2026               month/day/year

$ 79.00                          10/15/2026              month/day/year

Total: $ 313.00

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

IMPORTANT: All court fees must be paid by via corporate check, attorney check (with "esquire" or "attorney at law" designation), certified check, money order or through the court's online payment system for non court efilers at www.njb.uscourts.gov . The Clerk's Office does not accept cash.

*rev.1/7/25*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-18078-JNP

Amanda Lynn Windish                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 1

Date Rcvd: Jul 21, 2026                       Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID              Recipient Name and Address**
db                   + Amanda Lynn Windish, 107 Lucille Drive, Egg Harbor Twp, NJ 08234-9743

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Schalor Blackshear | on behalf of Debtor Amanda Lynn Windish schalorblackshear@blackshear-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3