FILED-BANKRUPTCY-NJ 2026 OCT 13 PM 3:20:45

JD#45

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Schalor I. Blackshear, Esq.
Blackshear Law LLC
2230 Route 70 W STE 2 1490
Cherry Hill, NJ 08002
Telephone: (856) 426-4169

In Re:

Amanda L. Windish

| | |
|---|---|
| Case No.: | 26-18078 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 10/13/2026 |
| Judge: | Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, Schalor Blackshear :

☒ represent Amanda Windish in this matter.

☐ am the secretary/paralegal for __________, who represents __________ in this matter.

☐ am the __________ in this case and am representing myself.

2. On September 9, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Motion to Reschedule 341a Meeting

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 13, 2026

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Finberg<br>Courtmail@standingtrustee.com<br>Cherry Tree Corporate Center,<br>535 Route 38, STE 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electonric Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew K. Fissel on behalf of Creditor First Horizon Bank<br>Bkgroup@kmllawgroup.com<br>KML Law Group, P.C.<br>701 Market St STE 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*