FILED-BANKRUPTCY-NJ
2026 OCT 28 PM12:52:31

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Schalor I. Blackshear, Esq.<br>Blackshear Law LLC<br>2230 Route Route 70 W STE 2 1490<br>Cherry Hill, -NJ 08002<br>Telephone: 856-426-4169 | Case No.: 26-18078<br><br>Chapter: 13 |
| In Re:<br><br>Amanda Windish | Adv. No.: ____________<br><br>Hearing Date: November 10, 2026<br><br>Judge: Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, Schalor Blackshear :

☒ represent Amanda Windish in this matter.

☐ am the secretary/paralegal for ____________________, who represents ____________________ in this matter.

☐ am the ____________________ in this case and am representing myself.

2. On October 26, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Motion to reschedule 341(a) meeting

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 28, 2026

[signature]
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Finberg<br>535 Route 38 Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*